IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

SAMUEL M. BECK

Case No. 2:19mj470
Court Date: October 17, 2019

CRIMINAL INFORMATION

(Misdemeanor) - Violation Notice No. 7254301

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 3, 2019, at Joint Expeditionary Base Little Creek-Fort Story, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, SAMUEL M. BECK, having received a visible and audible signal from a law enforcement officer to bring his motor vehicle to a stop, did drive his vehicle in a willful and wanton disregard of such signal and did attempt to escape and elude such law enforcement officer.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-817.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_/s/ James T. Cole_
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

14 August 2019
Date